# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sauer, Inc. ) ASBCA No. 59172
)
Under Contract No. W91278-07-D-0030 )

APPEARANCES FOR THE APPELLANT:     Kevin J. Kelly, Esq.
       General Counsel

       William L. Martin, III, Esq.
         Keefe, Anchors and Gordon, P.A.
         Fort Walton Beach, FL

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
         Engineer Chief Trial Attorney
       Laura J. Arnett, Esq.
       Benjamin T. Clark, Esq.
         Engineer Trial Attorneys
         U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59172, Appeal of Sauer, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals